UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK       Attorney: LEWIS, CLIFTON & NIKOLAIDIS, P.C.

JOSEPH GIORDANO, ETANO

                          Plaintiff(s)

    - against -

TNS MANAGEMENT SERVICES, INC.

                          Defendant(s)

Index # 08 CIV 6776

Purchased July 29, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

PORFIRIO RODRIGUEZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 5, 2008 at 10:22 AM at

64-55 74TH AVENUE
GLENDALE, NY 11385

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, * on TNS MANAGEMENT SERVICES, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to KATE WOJCIECHOWSKA personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, * as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 32 | 5'7 | 130 |

\* ELECTRONIC CASE FILING RULES & INSTRUCTIONS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 7, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

PORFIRIO RODRIGUEZ
License #: 1213635
Invoice #: 467163

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728